Asahel B. Avery, Respondent, *v.* Van Buren Wheat et al.,
                    Appellants.

(Submitted December 6, 1880 ; decided December 14, 1880.)

Decided on the facts in the case.

*John Callister* for appellants.

*E. W. Gardner* for respondent.

*Per curiam* opinion for affirmance.
All concur.
Judgment affirmed.